UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  17-13622 |
| LAWRENCE B. MOLINE, | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Janet S. Baer |
| | ) | DuPage |
| | ) | |
| Debtor(s) | ) | |

## AGREED JUDGMENT ORDER AND
## ORDER DECLARING JUDGMENT NONDISCHARGEABLE

This cause coming on to be heard on motion of creditor FIFTH THIRD BANK for approval of an agreed order declaring a portion of the debt owed to FIFTH THIRD BANK nondischargeable, the parties having reached an agreement that resolves all issues;

IT IS HEREBY ORDERED that judgment is entered in favor of FIFTH THIRD BANK and against the Debtor, Lawrence B. Moline, in the amount of $1,000.00 payable in 20 equal monthly payments of $50.00, commencing on September 15, 2017, and payable monthly by the 15th day of each month thereafter until the agreed-upon sum is paid in full. Payments shall be made to: Fifth Third Bank, 1830 East Paris S.E., MS #RSCB3E, Grand Rapids, MI 49546.

In the event the Debtor fails to make payments to FIFTH THIRD BANK pursuant to this agreement, and after giving a written notice stating that if the missed payments are not cured in 14 days from the date of the notice, then the full amount of the unpaid balance owed to creditor as of the petition date, $2,500.00, minus amounts paid pursuant to this order, plus 9% interest and plus attorney fees and costs, shall be fully due and not discharged by any order of discharge in this case, and immediately enforceable as against the Debtor.

Enter:   *Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: August 25, 2017

**Prepared by:**

LAW OFFICES OF TERRI M. LONG
2056 Ridge Road
Homewood, Illinois  60430
Phone: (708) 922-3301
Fax: (708) 922-3302
Atty. for FIFTH THIRD BANK